UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
YENSY CONTRERAS,

                      Plaintiff,

            -against-

LOOPTIFY INC.,

                    Defendant.
------------------------------------------------------------X

21 Civ. 9429 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Civil Case Management Plan and Scheduling Order dated January 13, 2022, directed the parties to file a joint status letter by March 20, 2022.

    WHEREAS, the parties failed to timely submit a joint status letter.  It is hereby

    **ORDERED** that by **March 24**, the parties shall jointly file a status letter.

Dated: March 22, 2022
       New York, New York

                                        LORNA G. SCHOFIELD
                                      UNITED STATES DISTRICT JUDGE