UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
YENSY CONTRERAS,                                            :
                                  Plaintiff,                :
                                                            :         21 Civ. 9429 (LGS)
                -against-                                   :
                                                            :         ORDER
LOOPTIFY INC.,                                              :
                                  Defendant.                :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      The Court has been informed that the parties have reached a settlement in principle in this case. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within forty-five (45) days of this Order. Any application to reopen filed after forty-five (45) days from the date of this Order may be denied solely on that basis. Any pending motions are **DENIED** as moot, and all conferences and deadlines are **CANCELLED**.

Dated: April 18, 2022
       New York, New York

                                                        **LORNA G. SCHOFIELD**
                                             **UNITED STATES DISTRICT JUDGE**